

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

November 6, 2024

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 12 2024

David W. Slayton, Executive Officer/Clerk of Court

LOS ANGELES COUNTY SUPERIOR COURT
111 NORTH HILL STREET
LOS ANGELES, CA 90012

Re: Case Number: __2:24-cv-03446-ODW-MRW__
Previously Superior Court Case No. __24STCV07672__
Case Name: __Melissa Marshall v. Tailored Shared Services, LLC et al__

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __11/4/2024__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY CSA DEPUTY

Respectfully,

Clerk, U.S. District Court

By: __/s/ Linda Chai__
Deputy Clerk
Linda_Chai@cacd.uscourts.gov

*Encls.*
cc: *Counsel of record*

---

Receipt is acknowledged of the documents described above.

Date: 11-12-24

Clerk, Superior Court

By: __Natalie Osolla__
Deputy Clerk

G-17 (06/24)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT